IN RE:  MEDICAL REVIEW            *          NO. 2021-CA-0698
COMPLAINT BY DARON
DOWNING, ANDRUS                   *          COURT OF APPEAL
DOWNING, ANDRIA
DOWNING, AND ANDRE               *          FOURTH CIRCUIT
DOWNING FOR MELISSA
DOWNING (D)                      *          STATE OF LOUISIANA

                                 *

                                 *
                      * * * * * * *


**CONSOLIDATED WITH:**              **CONSOLIDATED WITH:**

ANDRIA DOWNING, EXECUTRIX          NO. 2021-CA-0699
OF THE ESTATE OF MELISSA
DOWNING (MELISSA DOWNING)
ON BEHALF OF THE ESTATE OF
MELISSA DOWNING, DARON
DOWNING, ANDRUS DOWNING,
ANDRIA DOWNING, ANDRE
DOWNING, AND AMARYD
DOWNING

**VERSUS**

THE STATE OF LOUISIANA
THROUGH THE BOARD OF
SUPERVISORS LOUISIANA
STATE UNIVERSITY AND
AGRICULTURE AND
MECHANICAL COLLEGE ON
BEHALF OF THE LSU HEALTH
SERVICES CENTER (A/K/A
UNIVERSITY HOSPITAL,
UNIVERSITY MEDICAL
MANAGEMENT CORPORATION
D/B/A INTERIM LSU HOSPITAL,
CHARLES SPURGEON CLARK,
JR., DR. MD, WILLARD WARREN
MOSIER, JR., MD, JENNIFER
MOONEY, MD, REBECCA
WARNER SCHROLL, MD, ALLEN
BLAND MARR, MD, SAMUEL E.
VICTORIA, JR., MD


*SCJ*
**JENKINS, J., CONCURS IN THE RESULT**